

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

December 3, 2024

**VIA ECF**
Hon. J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   *Intra-Cellular Therapies, Inc. v. Sandoz Inc.*
      Civil Action No.: 3:24-cv-08855 (MAS-JBD)

Dear Judge Day:

   This firm, together with Williams & Connolly LLP, represents Plaintiff Intra-Cellular Therapies, Inc. ("ICTI") in the above-referenced matter. We write on behalf of ICTI to request that the time within which ICTI may answer, move or otherwise respond to Sandoz Inc.'s Counterclaims be extended from today until December 10, 2024. ICTI has not sought any prior extension in this matter and Defendant consents to this request.

   Should the requested extension meet with Your Honor's approval, we respectfully request that this letter be "So Ordered" and entered on the docket. As always, we thank the Court for its attention to this matter, and are available should Your Honor or Your Honor's staff have any questions regarding the within.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc:   All Counsel of Record (via ECF & email)

SO ORDERED, this __5th__, day of ____December____, 2024.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE